RECEIVED
IN LAKE CHARLES, LA.

OCT 19 2016

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMES RANDALL NICHOLS<br>B.O.P. #24268-112 | * | CIVIL ACTION NO. 2:14-CV-03101 |
| v. | * | JUDGE MINALDI |
| CHARLES MAIORANA | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 16) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 17), and determining that the findings are correct under applicable law.

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* (Rec. Doc. 1) be and hereby is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 19 day of October, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE